# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Doe v. New York City Department of Education     Docket No.: 23-650

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jamison Davies

Firm: New York City Law Department

Address: 100 Church St., New York NY 10007

Telephone: 212-356-2490     Fax: 212-356-1148

E-mail: jdavies@law.nyc.gov

Appearance for: City of New York, Douglas Meiners, Michael Eisenberg, John Does #1 and #2/Appellees
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Kevin Osowski/NYC Law Department )
(name/firm)

☐ Substitute counsel (replacing other counsel: )
(name/firm)

☐ Additional counsel (co-counsel with: )
(name/firm)

☐ Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 8/9/2023     OR

☐ I applied for admission on .

Signature of Counsel: /s/ Jamison Davies

Type or Print Name: Jamison Davies