**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: September 20, 2023
Docket #: 23-650cv
Short Title: Doe v. New York City Department of Education

DC Docket #: 21-cv-4332
DC Court: EDNY (BROOKLYN)
DC Judge: Block
DC Judge: Levy

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8565.